O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAAGN VARTANIAN,<br><br>                 Plaintiff,<br>    v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>                 Defendant. | Case No. 2:12-cv-08358-ODW(AJWx)<br><br>**ORDER STRIKING PLAINTIFF'S OPPOSITION [16]** |

On November 30, 2012, Defendant Portfolio Recovery Associates, LLC moved to dismiss Plaintiff Vaagn Vartanian's Complaint, scheduling the hearing on its motion for January 7, 2013. (ECF No. 13.) Based on this hearing date, Local Rule 7-9 directs that Vartanian's opposition to Portfolio's motion was due no later than December 17, 2012. But while Vartanian's opposition is dated December 17, 2012, he failed to file it until December 20, 2012. The Court therefore **STRIKES** the

///
///
///
///
///
///

opposition as untimely.  L.R. 7-12.  ("The Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule.")

**IT IS SO ORDERED.**

December 21, 2012

_____
                **OTIS D. WRIGHT, II**
          **UNITED STATES DISTRICT JUDGE**