O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VAAGN VARTANIAN ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PORTFOLIO RECOVERY ) <br> ASSOCIATES, LLC ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. CV 12-8358 ODW (AJWx) <br><br> ORDER GRANTING MOTION TO DISMISS [13] |

On November 30, 2012, Defendant Portfolio Recovery Associates LLC filed this motion to Dismiss Case. [13] Keeping true to a pattern of untimeliness, Plaintiff filed his late Opposition on December 20, 2012, which the Court promptly ordered stricken the following day. *See* L.R. 7-12 ("The Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule.")

Consequently, Defendant's motion to dismiss is hereby **GRANTED**. *See id.* ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."). The First Amended Complaint must be filed on or before **January 16, 2013**, 14 days from the date of this order.

**SO ORDERED**

January 2, 2013

*[signature]*

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE